UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE TORRES, | No. 2:18-cv-3136 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| PAUL LOAZANO, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel and in forma pauperis. Petitioner raises three claims in his petition under 28 U.S.C. § 2254. Respondent moves to dismiss the petition on the grounds that petitioner failed to exhaust his second claim alleging ineffective assistance of counsel. By order filed April 18, 2019, petitioner was advised that because his petition is a mixed petition, he may request a stay of this action to return to state court to exhaust his second claim. (ECF No. 16.) In response, on April 29, 2019, petitioner filed an opposition to the motion to dismiss in which he asks the court not to dismiss his case, withdraws his unexhausted second claim, and states he wants to proceed with his exhausted claims.

Because the instant petition is a mixed petition containing an unexhausted claim, respondent's motion to dismiss is partially granted. In light of petitioner's request to voluntarily withdraw his second claim, the Clerk of the Court is directed to strike petitioner's second claim. (ECF No. 1 at 7.) This action now proceeds solely on petitioner's first and third claims for relief;

1

therefore, respondent is relieved of any obligation to address petitioner's second claim. Respondent shall file a response to petitioner's first and third claims within sixty days, consistent with this court's January 23, 2019 order. (ECF No. 9.)

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion to dismiss (ECF No. 12) is partially granted.
2. Petitioner's request to withdraw his unexhausted second claim is granted.
3. The Clerk of the Court is directed to strike petitioner's second claim. (ECF No. 1 at 7.)
4. Within sixty days from the date of this order, respondent shall file a response to petitioner's first and third claims within sixty days, consistent with the January 23, 2019 order. (ECF No. 9.)

Dated: May 14, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/torr3136.mtd.hc.fte