UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE TORRES,<br><br>        Petitioner,<br><br>   v.<br><br>PAUL LOZANO,<br><br>        Respondent. | No. 2:18-cv-3136 MCE KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel. On August 10, 2020, petitioner filed a request regarding re-sentencing. Petitioner states that in the event his case is denied, he is asking to be resentenced according to the new law SB 136. (ECF No. 23 at 1.) He claims his "case is in an appeal," and apparently believes that if he is re-sentenced by the state court, he will be eligible for parole. He asks if he can still pursue this case if he is released on parole.

The instant habeas petition proceeds on petitioner's first and third claims, raising a jury instruction claim, and an insufficiency of the evidence claim. There are no sentencing claims pending in the instant petition. So long as petitioner keeps the court apprised of his current address, and remains in custody (parole is considered custody), this court will address the instant petition. IT IS SO ORDERED. (ECF No. 23.)

Dated: September 15, 2020

/torr3136.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1